TAN v. TAN

No. 174PC

Case below: 49 NC App 516

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1981.

WATERS v. PHOSPATE CORP.

No. 17PC

Case below: 50 NC App 252

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1981.

ZARN, INC. v. RAILWAY CO.

No. 25PC

No. 9 (Fall Term)

Case below: 50 NC App 372

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 7 April 1981.

## PETITIONS TO REHEAR

LYNCH v. LYNCH

No. 90

Reported: 302 NC 189

Petition by defendant to rehear allowed 7 April 1981 for the limited purpose of considering the points raised in such petition.